**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

YEANDRO ALBERTO RUBIO-JAIMES,

Petitioner,

v. No. 2:26-cv-00241-DHU-JMR

WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Officer Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, U.S. Attorney General,

Respondents.

**FINAL JUDGMENT**

THIS MATTER is before the Court on the Order Granting Petitioner Yeandro Alberto Rubio-Jaimes' *pro se* Petition for Writ of Habeas Corpus ("Petition"). Doc. 10. On April 6, 2026, the Court **GRANTED** the Petition **IN PART**, ordering Respondents to provide Petitioner with an individualized bond hearing before a neutral Immigration Judge ("IJ") within seven (7) days, which was on or before Monday, April 13, 2026. *Id.* at 6. The Court also directed Respondents to submit a Status Report to the Court no later than Monday, April 13, 2026, confirming whether a bond hearing was held and the result of said hearing. *Id.*

On April 13, 2026, Respondents filed their Status Report ("Report"). Doc. 11. The Report confirmed that a bond hearing was held on April 9, 2026. *Id.* at 1. The Report also stated that the IJ granted Petitioner release under a $5,000 bond. *Id.* at 1, 3.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Yeandro Alberto Rubio-Jaimes' *pro se* Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART**, and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE